IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. G-03-06 (04) |
| § | CIVIL ACTION NO. G-05–444 |
| GEORGE SANFORD § | |

**OPINION AND ORDER**

Before the Court is a Report and Recommendation from the United States Magistrate Judge which recommends that the " Motion to Vacate Sentence" of George Sanford be granted; that the sentence imposed on Sanford be vacated; and that Sanford be re-sentenced. Objections, if any, were due by August 25, 2006, however, to date none have been filed.

Upon *de novo* review under 28 U. S. C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of constitutional law to the facts in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

It is, therefore, **ORDERED** that the Motion to Vacate Sentence (Instrument no. 302) of George Sanford is **GRANTED** and the sentence imposed on Sanford is **VACATED.**

It is further **ORDERED** that Sanford **WILL BE Re-sentenced** by this Court on **October 6, 2006 at 10:00 a.m..**

**DONE** at Galveston, Texas this 7th day of September, 2006.

Samuel B. Kent
United States District Judge